UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                  Case No. 12—CR-20545
                                      HON. VICTORIA A. ROBERTS

D-2 MARTIN GRENIER,

        Defendant.

## APPEARANCE AS ATTORNEY

PLEASE BE ADVISED that BRIAN M. LEGGHIO enters his Appearance as Attorney on behalf of the Defendant, MARTIN GRENIER, in the above-captioned matter, and requests copies of all notices and pleadings filed therein.

                                                Respectfully submitted,

                                          By:  /s/ Brian M. Legghio
                                               BRIAN M. LEGGHIO (P29658)
                                               Attorney for Defendant
                                               134 Market Street
                                             Mount Clemens, MI 48043-1740
                                             (586) 493-7000
                                             Fax: (586)493-1177
Dated:  March 26, 2013            blegghio@legghiolaw.com

### PROOF OF SERVICE

The undersigned, under penalty of perjury, certifies that a copy of the foregoing instrument was served upon the attorneys of record of all parties to the above cause, by electronic filing using the Court's CM/ECF System.

                                                /S/ Lisa Edwards
                                                Lisa Edwards, Legal Assistant

BRIAN M. LEGGHIO
*Attorney and Counselor*
134 MARKET STREET
MT. CLEMENS, MI 48043-1740

PH: (586) 493-7000
FX: (586) 493-1177
blegghio@legghiolaw.com

223