UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED
MAY 15 2013
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

Case No. 12-CR-20545

HONORABLE BERNARD FRIEDMAN

D-2   MARTIN GRENIER,
      a.k.a. "Joe Smith,"
      a.k.a. "Eric LaChance,"
      a.k.a. "Martin,"

    Defendant.
_____/

## DEFENDANT'S ACKNOWLEDGMENT OF INDICTMENT

I, MARTIN GRENIER, defendant in this case, hereby acknowledge that I have received a copy of the First Superseding Indictment before entering my plea, and that I have read it and understand its contents.

I know that if I am convicted or plead guilty, I may be sentenced as follows:

Count 1   **Conspiracy to launder monetary instruments (18 U.S.C. §§ 1956(h), 1956(a)(1)(A)(i), 1956(a)(1)(B)(i)-(ii), 1956(a)(3) , 1957)**
Not more than twenty (20) years in prison, a fine of not more than $500,000 or twice the value of the property involved, whichever is greater, or both

Count 4   **Interstate and Foreign Travel or Transportation in Aid of Racketeering Enterprises, Aiding and Abetting (18 U.S.C. §§ 1952(a)(1), 1952(a)(3), 2)**
Not more than five (5) years in prison, a fine under Title 18, or both

Criminal forfeiture allegations: Any property, real or personal, involved in such offenses or any properties traceable to such property, and/or any property, real or personal, which constitutes or is derived from proceeds traceable to such offenses

_____
MARTIN GRENIER
Defendant

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

_____
PRINT NAME: W. Ili. W. Swor
Counsel for Defendant

Dated: 5/15/13