UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION AT DETROIT

UNITED STATES OF AMERICA,

      Plaintiff,

                          Case No. 12-CR-20545

                          HONORABLE BERNARD A. FRIEDMAN

D-2 MARTIN GRENIER,

                          Magistrate Judge Laurie J. Michelson

      Defendant.
_____/

## GOVERNMENT'S INITIAL DISCOVERY NOTICE

1.    The attorney for the government knows that the defendant made

      a.    relevant written or recorded statements and/or

      b.    relevant oral statements made in response to interrogation, whether before or after arrest, by a person then known to the defendant to be a government agent, whether or not the statement is included in a written record, as follows:

    Date        Agent/Agency    Type (written, recorded,  Not Applicable ___
                                            grand jury, oral)

    numerous e-mails which will be turned over in discovery and/or which are available for inspection and copying by defense counsel

2.    The attorney for the government knows that defendant has a prior criminal record:
NO  __X__  YES  _____

3.  The following books, papers, documents, photographs and tangible objects are within the possession, custody or control of the government and are intended to be used as evidence in chief at trial, are known to the government to be material to the preparation of the defense, or were obtained from or belong to the defendant:

    Documents, objects, electronic media, computers, and phones seized during the execution of search warrants.

    Documents, objects, electronic media, and data received in response to subpoenas.

4.  Results or reports of the following physical or mental examinations, or scientific tests or experiments, are within the possession, custody or control of the government, and are either intended to be used as evidence in chief at trial or are known to the government to be material to the preparation of the defense:

    Laboratory Reports
    Canine Training and Certification Records
    Digital Forensic Examination Reports
    Reports of Pen Register / Trap & Trace Reports


5.  The government intends to introduce at trial testimony from one or more experts in the following areas of expertise:

    Canine Handler / Canine Alert to Odor of Controlled Substances or Their
        Derivatives

    Forensic Chemist(s) / Presence of Detectable Amounts of Controlled
        Substances

    Digital Forensic Examiner / Information Retrieved from Electronic Storage
        Media, including computers, cellular telephones, PDAs, etc.

    Cellular Phone / Cellular Site Data Analysis

    Money Laundering / Promotion, Concealment, Transportation, Transfer of Proceeds of Unlawful Activity

    Bulk Cash Smuggling / Currency and Monetary Instrument Reporting Requirements (International)

    Taxation / Foreign Bank Account Reporting Requirements

    Money Transmitting Businesses / Currency Transaction Reporting Requirements (Domestic)

6.   The government may introduce evidence obtained from execution of the following search warrants:

| Date(s) | Docket Number(s) | Not Applicable ___ |
|---|---|---|
| 12/09/2009 | 09-MC-51406-A-C (E.D. Mich) | |
| 03/16/2010 | 09-MC-51406-D (E.D. Mich) | |
| 05/06/2010 | 09-MC-51406-E (E.D. Mich) | |
| 05/04/2009 | 09-SW-5797-98 (State of Illinois) | |
| 07/01/2009+ | State of California Search Warrants (storage facility, hotel room, cellular/smart telephones, computer) | |

7.   The government may introduce evidence obtained through wiretaps or other electronic surveillance:

    Type: (wiretap, bug, etc.)     Docket Number(s)   Not Applicable  _X_

8.   The government intends to offer evidence under Rule 404(b), Fed. R. Evid. Yes _____ No _____ Unsure _X_

9. The attorney for the government is aware of the obligations imposed by <u>Brady v. Maryland</u>, 373 U.S. 83 (1963), and its progeny and will comply with their obligation to provide defense counsel with exculpatory evidence that is material to either guilt or to punishment in time for effective use at trial.

If the government discovers additional information of the type described in Paragraphs One through Eight, it will advise defense counsel in writing.

Upon specific request of the defendant the government will make available for inspection or copying the items described in Paragraphs One, Three, and Four; will furnish the record referred to in Paragraph Two; will provide a summary (which will include the witnesses' qualifications, opinions, and the bases and reasons for the opinions) of the anticipated testimony described in Paragraph Five and will provide notice of the general nature of the evidence referred to in Paragraph Eight. The government's compliance with any specific request will trigger the defendant's duty to provide the reciprocal discovery denoted in Fed. R. Crim. P. 16(b)(1)(A)-(C). If the defendant makes a general request for discovery the government will construe it as a request for each item described in Fed. R. Crim. P. 16(a)(1) (A)-(G). The government's compliance with the defendant's general request will trigger the defendant's duty to provide reciprocal discovery of each item specified in Fed. R. Crim. P. 16(b)(1)(A)-(C).

BARBARA L. MCQUADE
United States Attorney


<u>/s/ Rita E. Foley</u>
Rita Elizabeth Foley
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226
Phone:  (313) 226-9520
E-Mail: <u>rita.foley@usdoj.gov</u>
Bar No. P-56361

Dated:  May 24, 2013

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 24, 2013, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

William Swor, Esq.              wwswor@wwnet.net
Attorney for D-2 Martin Grenier

/s/ Rita E. Foley
Rita Elizabeth Foley
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226
Phone:  (313) 226-9520
E-Mail: rita.foley@usdoj.gov
Bar No. P-56361